```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: SUBPOENAS ISSUED TO DW PARTNERS, LP; ROBERT CLARK; IAN KRAUS; AND DAVID WARREN

regarding the United States District Court for the District of Puerto Rico case of

ML-CFC 2007-6 PUERTO RICO PROPERTIES, LLC,

Petitioners,

-against-

BPP Retail Properties, LLC,

Respondent.

21 Misc. 753 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has been advised that the requested subpoenas were withdrawn on October 1, 2021. ECF No. 13 at ¶ 3. Accordingly, the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order.

Any application to reopen must be filed <u>within thirty days</u> of this Order; any application to reopen filed thereafter may be denied solely on that basis.

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: October 22, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge